IN THE SUPREME COURT OF THE STATE OF NEVADA

AIMEE MORRISON,
Appellant,
vs.
CHARLENE O'NEIL,
Respondent.

No. 83317

**FILED**

AUG 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This appeal was docketed on August 3, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. The notice was returned to this court as undeliverable. On August 10, 2021, this court corrected the address and resent the notice. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc:   Hon. Joseph Hardy, Jr., District Judge
      Aimee Morrison
      Kevin E. Beck
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-25329